IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY              PLAINTIFF
ADC #760343

v.                No: 1:18-cv-00070 JM-PSH

HUTCHINSON, *et al.*              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that preliminary relief is not warranted. Murphy's motion for a preliminary injunction is denied.

DATED this 17th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE