# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA RYAN MURPHY　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #760343

v.　　　　　　　　　　　No: 1:18-cv-00070 JM-PSH

HUTCHINSON, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition (Doc. No. 80) submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the motion to dismiss (Doc. No. 30) filed by Defendants Warden Antoinette Bradley, Deputy Warden John Herrington, Major Linda Louis, and Captain Johnnie Swift is denied.

DATED this 1st day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE