# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| **LISA RYAN MURPHY**<br>**ADC #760343** | **PLAINTIFF** |
| v. | No: 1:18-cv-00070 JM-PSH |
| **HUTCHINSON,** *et al.* | **DEFENDANTS** |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition (Doc. No. 77) submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Murphy's claims against Huston are dismissed without prejudice.

DATED this 1st day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE