IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY
ADC #760343                                                                                          PLAINTIFF

vs.                                    No. 1:18CV0070 JM

BETTY HUTCHINSON, ET AL.                                                                 DEFENDANTS

## ORDER

Pending are Plaintiff's motion for an extension of time, docket # 131 and motion to dismiss, docket #132. The motion for an extension of time is GRANTED IN PART. Plaintiff will be allowed up to and including July 30, 2019 in which to file her objections to the pending report and recommendations. Plaintiff's motion to dismiss is DENIED AS MOOT. The defendants Plaintiff seeks to dismiss were previously dismissed by orders dated April 9, 2019 and May 17, 2019.

IT IS SO ORDERED this 12th day of July, 2019.

_____
James M. Moody Jr.
United States District Judge