IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY                                                                PLAINTIFF
ADC #760343

v.                              No: 1:18-cv-00070 JM-PSH

HUTCHINSON, *et al.*                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition (Doc. No. 130) submitted by United States Magistrate Judge Patricia S. Harris and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the defendants' motions for summary judgment (Doc. No. 84 & 92) are granted. Murphy's claims are dismissed without prejudice for failure to exhaust available administrative remedies.

DATED this 24th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE