**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LISA RYAN MURPHY**                                                                 **PLAINTIFF**
**ADC #760343**

**v.**                          **No: 1:18-cv-00070 JM-PSH**

**HUTCHINSON, *et al.***                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice; the relief sought is denied.

DATED this 24th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE